**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 43 MM 2022

             Respondent             :

             :

             :

       v.                     :

             :

             :

OLIVER LAFONZO FREEMAN,          :

             :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.